| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Amanda Seabock, Esq., SBN 289900<br>Prathima Price, Esq., SBN 321378 |
| 3 | Dennis Price, Esq., SBN 279082<br> 8033 Linda Vista Road, Suite 200 |
| 4 | San Diego, CA 92111<br>(858) 375-7385 |
| 5 | (888) 422-5191 fax<br>amandas@potterhandy.com |
| 6 | Attorneys for Plaintiff |
| 7 | MARTIN H. ORLICK (SBN: 083908) |
| 8 | mho@jmbm.com<br>STUART K. TUBIS (SBN: 278278) |
| 9 | skt@jmbm.com<br>JEFFER MANGELS BUTLER & MITCHELL LLP |
| 10 | Two Embarcadero Center, Fifth Floor<br>San Francisco, California 94111-3824 |
| 11 | Telephone: (415) 398-8080<br>Facsimile: (415) 398-5584 |
| 12 | Attorneys for Defendant<br>ESA P Portfolio Operating Lessee LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>ESA P PORTFOLIO OPERATING LESSEE LLC, a Delaware Limited Liability Company; and Does 1-10,<br><br>    Defendants. | Case: 5:20-CV-01730-LHK<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: December 03, 2020  CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
     Amanda Seabock
     Attorneys for Plaintiff

Dated: December 03, 2020  JEFFER MANGELS BUTLER & MITCHELL LLP

By: /s/ Stuart K. Tubis
     Martin H. Orlick
     Stuart K. Tubis
     Attorneys for Defendant
     ESA P Portfolio Operating Lessee LLC

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Stuart K. Tubis, counsel for ESA P Portfolio Operating Lessee LLC, and that I have obtained Mr. Tubis's authorization to affix his electronic signature to this document.

Dated: December 03, 2020     CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
　　　Amanda Seabock
　　　Attorneys for Plaintiff